**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-440**

In Re:  DANIEL JOHNSON WILLIS,

　　　　Petitioner.

**No. 14-441**

In Re:  DANIEL JOHNSON WILLIS,

　　　　Petitioner.

**No. 14-443**

In Re:  DANIEL JOHNSON WILLIS,

　　　　Petitioner.

**No. 14-444**

In Re:  DANIEL JOHNSON WILLIS,

　　　　Petitioner.

**No. 14-445**

In Re:  DANIEL JOHNSON WILLIS,

    Petitioner.

**No. 14-447**

In Re:  DANIEL JOHNSON WILLIS,

    Petitioner.

Appeals from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (4:13-mc-00005-H; 4:13-mc-00006-H; 4:13-mc-00007-H; 4:13-mc-00008-H; 4:14-mc-00001-H; 4:14-mc-00002-H)

Submitted:  March 9, 2015    Decided:  March 18, 2015

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Johnson Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's orders denying authorization to file six civil actions and denying his motions for recusal and to amend his pleadings under Fed. R. Civ. P. 15. Willis is required to file a motion for leave to file a complaint in the Eastern District of North Carolina under pre-filing injunctions imposed by this court and the district court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. In re: Willis, Nos. 4:13-mc-00005-H; 4:13-mc-00006-H; 4:13-mc-00007-H; 4:13-mc-00008-H; 4:14-mc-00001-H; 4:14-mc-00002-H (E.D.N.C. Aug. 12 & Sept. 15, 2014). We deny Willis's motion to file the appeal under the pre-filing injunction, or for permission to appeal, as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED